**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Sneh and Sahil Enterprises, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   Arlington Rental
   R. Lederleitner Landscape

3. **Debtor's federal Employer Identification Number (EIN)**  65-1282002

4. **Debtor's address**

   **Principal place of business**
   194 Hillandale Dr.
   Number  Street
   
   Bloomingdale, IL 60108
   City  State  ZIP Code
   
   DuPage
   County

   **Mailing address, if different from principal place of business**
   Number  Street
   
   P.O. Box
   
   City  State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   500 S. Hicks Rd.
   Number  Street
   
   Palatine, IL 60067
   City  State  ZIP Code

5. **Debtor's website (URL)**  www.arlingtonrental.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor ____Sneh and Sahil Enterprises, Inc._____  Case number (if known)_____
      Name

## 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  3  2  2

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
                                       MM/ DD / YYYY
    District _____ When ___/___/_____ Case number _____
                                       MM/ DD / YYYY

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor ___Spruha Shah, LLC___  Relationship ___Affiliate___
       District ___Northern Dist. IL___  When ___/___/_____
                                            MM / DD / YYYY
       Case number, if known _____

Debtor     Sneh and Sahil Enterprises, Inc.                                  Case number (if known)
           Name

11. **Why is the case filed in *this district*?**

    Check all that apply:

    [X] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    [X] No
    [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    [ ] It needs to be physically secured or protected from the weather.

    [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    [ ] Other _____

    Where is the property? _____
                          Number        Street

    _____
    City                              State    ZIP Code

    Is the property insured?
    [ ] No
    [ ] Yes. Insurance agency _____
             Contact name    _____
             Phone           _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    [X] Funds will be available for distribution to unsecured creditors.
    [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    [X] 1-49
    [ ] 50-99
    [ ] 100-199
    [ ] 200-999
    [ ] 1,000-5,000
    [ ] 5,001-10,000
    [ ] 10,001-25,000
    [ ] 25,001-50,000
    [ ] 50,001-100,000
    [ ] More than 100,000

15. **Estimated assets**

    [ ] $0-$50,000
    [ ] $50,001-$100,000
    [ ] $100,001-$500,000
    [ ] $500,001-$1 million
    [X] $1,000,001-$10 million
    [ ] $10,000,001-$50 million
    [ ] $50,000,001-$100 million
    [ ] $100,000,001-$500 million
    [ ] $500,000,001-$1 billion
    [ ] $1,000,000,001-$10 billion
    [ ] $10,000,000,001-$50 billion
    [ ] More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor  Sneh and Sahil Enterprises, Inc.  Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ▪ I have been authorized to file this petition on behalf of the debtor.

    ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  06/21/2017
                 MM / DD / YYYY

    ✗ /s/ Sneh                                    Sanjay Shah
    Signature of authorized representative of debtor   Printed name

    Title  President

18. **Signature of attorney**

    ✗ /s/                                          Date  06/21/2017
    Signature of attorney for debtor                     MM / DD / YYYY

    Timothy C. Culbertson
    Printed name

    Firm name
    P.O. Box 677
    Number    Street
    Cary                                           IL          60013
    City                                           State       ZIP Code

    847-913-5945                                   tcculb@gmail.com
    Contact phone                                  Email address

    _____                         _____
    Bar number                                     State

# Sneh and Sahil Enterprises, Inc.
# Numbered List of Creditors

1. MB Financial Bank
   c/o Brandon R. Freud
   Ruff, Freud, Breems & Nelson, Ltd.
   200 N. LaSalle St., Suite 2020
   Chicago, IL 60601

2. U.S. Small Business Assoc.
   2401 W. White Oaks Dr.
   Springfield, IL 62704

3. Axis Capital, Inc.
   308 N. Locust St., Suite 100
   Grand Island, NE 68801

4. Internal Revenue Service
   Centralized Insolvency Operation
   P.O. Box 7346
   Philadelphia, PA 19101-7346

5. Illinois Department of Revenue
   Bankruptcy Section
   P.O. Box 64338
   Chicago, IL 60664-0338

6. IL Dept. of Revenue
   Bankruptcy Section Level 7-425
   100 W. Randolph St.
   Chicago, IL 60606

7. Illinois Dept. of Employment Security
   4519 W Main St.
   Belleville, IL 62226

8. The Leasing Experts, Inc.
   9710 E. Indigo St., Suite 2
   Miami, FL 33157

9. Corp. Serv. Co., as Representative
   P.O. Box 2576
   Springfield, IL 62708

10.     Financial Pacific Leasing, Inc.
        P.O. Box 4568
        Federal Way, WA 98001

11.     U.S. Bank Equipment Finance
        1310 Madrid St.
        Marshall, MN 56258

12.     Financial Agent Svcs.
        P.O. Box 2576
        Springfield, IL 62708

13.     Wells Fargo Bank
        300 Tri-State International
        Lincolnshire, IL 60069

14.     State Bank of Texas
        11950 Webb Chapel Rd.
        Dallas, TX 75234