UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-18861 |
| | ) | |
| | ) | Chapter: 11 |
| Sneh and Sahil Enterprises, Inc. | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Final Decree**

    THE COURT, having entered an Order on December 18. 2108, confirming the captioned "Debtor's Amended Plan of Reorganization dated September 14, 2018" ("the Plan"), the Debtor having made the payments required under the confirmed Plan as of the date hereof, and the Plan having thus been substantially consummated;

  IT IS HEREBY ORDERED THAT:

   1. Sneh and Sahil Enterprises, Inc., is discharged as Debtor-in-Possession and the captioned Chapter 11 Case is hereby closed.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 26, 2019

**Prepared by:**

Timothy C. Culbertson
P.O. Box 677
Cary, IL 60013
(847) 913-5945
tcculb@gmail.com